United States District Court
Western District of Washington At Seattle

| | |
|---|---|
| Yetta Chertack-Fishkin,<br><br>                    Plaintiff,<br><br>vs.<br><br>Holland America Line Inc., a Washington Coporation; Holland America Line-USA Inc., a Delaware corporation; Holland America Line N.V. dba Holland America Line N.V. LLC, a Foreign corporation; HAL Antillen N.V., a Curacao corporation; Holland America Line N.V., a Curacao corporation,<br><br>                    Defendants. | No.<br><br>Complaint For Damages For Injuries<br><br>Demand For Jury |

## I.  Jurisdiction

1.1   This is an action by a passenger against the agents, owners, operators and charterers of a cruise ship vessel for injuries sustained on the ms Eurodam during a cruise that, upon information and belief, originated in the USA.  Jurisdiction is vested in this court pursuant 28 U.S.C. § 1333, due to the admiralty and maritime nature of the claim.

COMPLAINT FOR DAMAGES - 1

Case No 16-

1.2    Jurisdiction is also vested in this court pursuant 28 U.S.C. § 1332 as there is complete diversity of citizenship between the plaintiff and defendants and the amount in controversy exceeds $75,000, exclusive of interest and costs.

## II.  Venue

2.1    Venue is proper under 28 U.S.C. § 1391 as Defendants do business in the Western District of Washington with offices in Seattle.  Venue also lies in this court pursuant to the terms of the Cruise Contract between plaintiff and defendants.

## III.  Parties

3.1    The plaintiff Yetta Chertack-Fishkin is a resident of Florida.

3.2    The defendants Holland America Line Inc., a Washington corporation, and Holland America Line-USA Inc., a Delaware corporation, have their principal place of business in Seattle, Washington, and at all times material hereto operated the cruise ship ms Eurodam on which the subject incident occurred.

3.3    The defendant Holland America Line N.V. DBA Holland America Line N.V. LLC is and at all times material hereto was a foreign corporation, has its principal place of business in Seattle, Washington, and operated the ms Eurodam on which the subject incident occurred.

3.4    The defendant HAL Antillen N.V, is and at all times material hereto was a Curacao corporation doing business in Seattle, Washington, was a subsidiary of Carnival Corporation & PLC, and was the owner and/or operator of the cruise ship ms Eurodam on which the subject incident occurred.

COMPLAINT FOR DAMAGES - 2
Case No. 16 -

WEBB LAW FIRM
Seattle Maritime Attorneys
225 106th Avenue North East
Bellevue, Washington 98004
Telephone 425.454.3800

3.5     The defendants at all times material hereto jointly and/or severally owned, operated, leased, managed and or controlled the ms Eurodam.

3.6     All conditions precedent for filing and maintaining this action have been satisfied, have been waived, or do not apply.

### IV. Liability: Negligence

4.1     On or about July 7, 2015, plaintiff was a fare-paying passenger aboard the cruise ship ms Eurodam.   At all times material, the defendants, their employees and/or agents owed plaintiff an affirmative duty of reasonable care under the circumstances, or alternatively, a higher duty of care commensurate with their common maritime carrier/passenger relationship to plaintiff.  Defendants' duty of care arose both from the maritime law of negligence and also as an implied contractual duty to their paying passenger.

4.2     On or about July 7, 2015, the plaintiff was injured while attempting to enter her cabin through the cabin's exterior balcony door.  As she stepped from the balcony through the exterior door, the heavy door slammed suddenly and without warning on her left hand, cutting off the tips of her 4th and 5th fingers.  The traumatic crushing incident also caused fractures and other injuries to the fingers and left hand.

4.3     On or about January 7, 2015, Defendants, their agents and or employees negligently and carelessly breached their duty of care in one or more of the following ways, but in no way limited to:

COMPLAINT FOR DAMAGES - 3
Case No. 16 -

WEBB LAW FIRM
Seattle Maritime Attorneys
225 106th Avenue North East
Bellevue, Washington 98004
Telephone 425.454.3800

      a.     Negligently failing to exercise that degree of care required to safeguard plaintiff during the subject cruise;

      b.     Negligently failing to maintain, adjust and inspect the subject balcony door and its mechanisms to insure that it was reasonably safe for plaintiff;

      c.     Negligently failing to provide plaintiff with safe ingress and egress to her stateroom;

      d.     Negligently failing to warn or provide notice of reasonably foreseeable dangerous conditions;

4.4    At all times material, defendants knew or should have known of the dangerous conditions causing Plaintiff's accident and did not take proper corrective measures and or provide proper warnings, assistance and or instructions to plaintiff with regard to the reasonably foreseeable danger.

4.5    The negligence of the defendants was the direct and proximate cause of plaintiff's injuries.

4.6    At all times material, plaintiff was acting with due care for her own safety.

## V.  Damages

5.1    As a direct and proximate result of defendants' negligence, plaintiff suffered serious bodily injuries, including but not limited the traumatic amputation of her finger tips, including fractures and other injuries requiring surgery, all resulting in pecuniary and other compensable losses, including significant past and future medical

COMPLAINT FOR DAMAGES - 4
Case No. 16 -

WEBB LAW FIRM
Seattle Maritime Attorneys
225 106th Avenue North East
Bellevue, Washington 98004
Telephone 425.454.3800

expenses, wage loss, impairment of future earnings or earning capacity. Plaintiff will continue to suffer such damages in the future.

5.2 As a direct and proximate result of defendants' negligence, plaintiff suffered physical and emotional injuries, including but not limited to, permanent physical impairment, disfigurement, pain, suffering, disability, limitations and loss of enjoyment of life in the past, and plaintiff will continue to suffer such injuries in the future. Further, these injuries proximately caused plaintiff to lose the benefit of her cruise vacation resulting in additional transportation costs. She also incurred travel expenses to medical appointments, household assistance and other out of pocket costs and damages all in amounts to be proven at the time of trial.

**WHEREFORE**, plaintiff reiterates and incorporates each and every allegation, and prays for monetary judgment against defendants, jointly and severally, as follows:

a. For general, special, incidental, general and consequential damages incurred and to be incurred as the direct and proximate result of the acts and omissions of the Defendants and or their agents, employees and all other persons or entities which may be vicariously liable;

b. For all expenses of health care providers, past, present and future;

c. For punitive damages as may be permitted under applicable law;

d. For prejudgment interest on the award;

e. For Plaintiff's taxable costs of suit;

f. For post-judgment interest and other relief allowed by the Court.

COMPLAINT FOR DAMAGES - 5
Case No. 16 -

WEBB LAW FIRM
Seattle Maritime Attorneys
225 106th Avenue North East
Bellevue, Washington 98004
Telephone 425.454.3800

g. Plaintiff demands a trial by jury pursuant to Fed. R. Civ. P. 38.

DATED this 4th day of January, 2016.   DATED this 4th day of January, 2016.

s/Gordon C. Webb              s/John W. Merriam
_____   _____
Gordon C. Webb, WSBA # 22777  John W. Merriam, WSBA # 12749
225 106th Avenue NE           4005 20th Avenue West, Suite 110
Bellevue, WA 98004            Seattle, WA 98199
Telephone 425.454.3800        Telephone 206.729.5252
Facsimile  425.307.6449       Facsimile  206.729.1012
E-mail Gordon@webblawfirm.net E-mail: john@merriam-maritimelaw.com
Attorney for Plaintiff        Attorney for Plaintiff

COMPLAINT FOR DAMAGES - 6
Case No. 16 -

Webb Law Firm
Seattle Maritime Attorneys
225 106th Avenue North East
Bellevue, Washington 98004
Telephone 425.454.3800